**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERICAN NATIONAL
INSURANCE COMPANY,

      Plaintiff,

vs.                                            Case No. 3:04-cv-1154-J-16HTS

JUNE K. DAY,

      Defendant.
_____

**O R D E R**

      This cause is before the Court on the Motion for Protective Order as to Schedule A to Notice of Taking Deposition of Plaintiff, American National Insurance Co. (Doc. #12) and American National Motion for Protective Order Directed to Schedule A to Notices of Taking Deposition of G.W. Tolman and Corporate Representative (Doc. #13; collectively Motions).  Within five (5) days of the date of this Order, Plaintiff shall file a certificate of conference for the Motions as required by Rule 26(c), Federal Rules of Civil Procedure and Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida.

      **DONE AND ORDERED** at Jacksonville, Florida, this 26th day of September, 2005.

                                          /s/       Howard T. Snyder
                                          HOWARD T. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any